UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF ILLINOIS

FILED
DEC 08 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Plaintiff(s)
KEVIN PHELPS

VS.

Defendant(s)
C/O Phillips, et al.

Case Number: 14-891-JPG

MOTION FOR PRELIMINARY INJUNCTION & TEMPORARY RESTRAINING ORDER

Please See attach Papers!

I Kevin Phelps, am the plaintiff in this motion for a, Preliminary Injunction & Temporary Restraining Order. My Constitutional Rights are continue to be Violated, by I.D.O.C. & Lawrence C.C., violating my 14 Amendment; Procedural due process rights regarding Punishment, 8 Amendment; Cruel and unusual Punishment, dileberate indifference, failure To Protect, failure to classify inmates and separate the particularly violent or vulnerable, & Violation Of THE AMericans With Disabilities Act, by housing NONE ADA inmates in A A.D.A cell For ADA inmates puts my life & safety in danger, plus the ADA cell is For one ADA inmate.

I am a ADA inmate confined to a wheelchair, I was assaulted by a None ADA inmate that was placed in a ADA cell with me, on 7-6-13, I am still being put in danger, by the I.D.O.C., & Lawrence c.c., by still placing None ADA inmates in ADA cells with paraplegia; where I have No way of defending myself from another assault. I have had None ADA inmates that they place

in a ADA cell with me, threat me with dumping me out of my wheelchair, beating me up, & they be taking things from me, because I can't help myself, I spoke with c/o's and they never do anything, but put another none ADA inmate in the ADA cell with me, continue to put my life & safety in Jeopardy, The ADA cell is only for one ADA inmate. I even wrote to the warden, I also wrote to inmates issues for the I.D.O.C., and was told by them to request to be placed into protective custody, I also spoke with Internal Affairs officers, and social workers, and I wrote grievances about being placed into protective custody, and was told that there is no protective custody here, the warden also told me that he is not sending me to protective custody cause it's too much paper work to do, which have me living in constant fear. I have again been assaulted and sexual abused, by orange crush (Tactical Team) I filed a grievance about it, the counselor told me to write a

2nd grievance about the issue, because the First grievance got too much information in it, and that it would maybe come up missing, So I filed a 2nd grievance with less details, I have been harassed by the C/O's and the warden here. I ask the court to issue a TRO & INJUNCTIONS for; To only have me in a ADA Cell with another ADA inmate, To have me placed into protective custody for my Safety, To have the C/O's & Warden, stop harassing me, or to be transfer to a facility that house ADA inmates with ADA inmates, & To be free of retaliation from this facility.

STATE OF ILLINOIS )
) SS
COUNTY OF Lawrence )

AFFIDAVIT

I, Kevin Phelps being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto: Subject: Sexual Abuse & Assault. Summary Of Incident: I am disable and confine to a wheelchair, I am a member of, American With Disability Act (ADA). I would be very thankful if your office will report this incident to PREA Officials, Prison Rape Elimination Act (PREA). On 7-7-14, at approximately 11:00 A.M. at Lawrence Correctional Center, I.D.O.C. tactical team, in cell House Two (2) C-wing, Strip searched me in a demeaning manner, which was very sexual humiliating, the officers was making sexual in-dignant comments. The c/o that was strip searching me said "since you can't stand up, you got to get in your bed and roll over so I can check your ass hole to make sure you ain't hidding anything up there since you can't stand and cough", I got in the bed, then the c/o put his finger in me, I then said this ain't right, the c/o then stated "you probably can't feel it anyway", the other c/o started laughing, I ask to speak with a L.T. or Nurse, the c/o told me to shut the fuck up and get back in your wheelchair, I ask again to see a L.T., or nurse, the c/o then told the other c/o "take him in the shower and beat his ass" the one c/o only hit me two times in the side with the stick and handcuffed my hands behind my back and told me to be Quite and Keep your head down or I will come back and beat your ass, for reasons unknown to me, I followed all the officers orders, at no time did I refuse. Again like above I was physically assaulted and sexually assaulted by tactial team officers, The officers made numerous threats, The officers had no regards for my disability, many of the officers threats had a

Affidavit (continued) Page 2 of 2

racial over tone. I do not know who the officers are, because they came from all over the State and they had no name tags nor badges on. I did recognize Warden Moore, he was present. Warden Moore, never stop what was going on. I am asking for an investigation into this matter and to be compensated. Thank you very much for your help and understanding, in this cruel and unusually punishment, which violate my United States Constitution.

Signed:

Kevin Phelps

AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS 19th DAY OF August 2014

Notary : Cathy J Gray

OFFICIAL SEAL
CATHY J GRAY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/28/15

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

R2 C 22

| | | |
|---|---|---|
| Date: 7-17-14 | Offender: (Please Print) Kevin Phelps | ID#: K78191 |
| Present Facility: Lawrence C.C. | Facility where grievance issue occurred: Lawrence C.C. | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Mail Handling
- ☐ Restoration of Good Time
- ☒ Disability A.D.A. inmate
- ☒ Staff Conduct
- ☐ Dietary
- ☐ Medical Treatment
- ☐ HIPAA
- ☐ Transfer Denial by Facility
- ☐ Transfer Denial by Transfer Coordinator
- ☒ Other (specify): Sexual Abuse and Assault
- ☐ Disciplinary Report: ___/___/___ Date of Report ______ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if **EMERGENCY** grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** Subject: Sexual Abuse & Assault. Summary of incident: I am disable and confine to a wheelchair, I am a member of THE AMERICAN WITH DISABILITY ACT (ADA). I would be very thankful if your office will report this incident to PREA officials, Prison Rape Elimination Act (PREA). On 7-7-14, at Lawrence Correctional Center at approximately 11:00 A.M, I.D.O.C. tactical team, in cell house Two, wing C, strip searched me in a demeaning manner, which was very sexual humiliating, the officers was making sexual indignant comments. The c/o that was

**Relief Requested:** Report this incident to PREA officials & an investigation into this matter, I would like to be compensated for the cruel & unusual punishment that I experienced & to be transfer for my safety & health.

☒ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Kevin Phelps (Offender's Signature) — K78191 (ID#) — 7, 17, 14 (Date)

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 7/24/14 ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: The Tactical Team shakedown procedure was facilitated per policy and administrative directive

[signature] Print Counselor's Name — [signature] Counselor's Signature — 9/3/14 Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___ Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

______ Chief Administrative Officer's Signature ___/___/___ Date

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

Strip Searching me said "Since you can't Stand up, you got to get in your bed and roll over so I can check your ass hole to make sure you ain't hidding anything up there since you can't Stand and cough", I got in the bed then the c/o put his finger in me, I then said this ain't right, the c/o then Stated "you probably can't feel it anyway", the other c/o Started laughing, I ask to speak with a L.T. or nurse, the c/o told me to Shut the fuck up and get back in your wheelchair, I ask again to see a L.T. or Nurse, the c/o then told the other c/o "take him in the shower and beat his ass" the one c/o only hit me two times in the side with the stick and handcuffed my hands behinds my back and told me "to be Quite and Keep your head down or I will come back and beat your ass" For reasons unknown to me, I followed all the officers orders at no time did I refuse. Again like above, I was physically assaulted and sexually assaulted by tactical team officers, the officers made numerous threats, the officers had no regards for my disability, many of the officers threats had a racial over tone, I do not know who the officers are, because they came from all over the State and they had no name tags nor badges on, I did recognize Warden Moore, he was present, Warden Moore never stop what was going on. I am asking for an investigation into this matter and to be compensated. Thank you very much for your help and understanding in this cruel and unusually punishment, which violate my UNITED STATES CONSTITUTION.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

Date: 7-30-14 | Offender: (Please Print) Kevin Phelps | ID#: K78191

Present Facility: Lawrence C.C. | Facility where grievance issue occurred: Lawrence correctional center

**NATURE OF GRIEVANCE:** 8-14-126 E118 Cruel & unusual punishment

- ☐ Personal Property
- ☐ Mail Handling
- ☐ Restoration of Good Time
- ☒ Disability A.D.A. inmate
- ☒ Staff Conduct
- ☐ Dietary
- ☐ Medical Treatment
- ☐ HIPAA
- ☐ Transfer Denial by Facility
- ☐ Transfer Denial by Transfer Coordinator
- ☒ Other (specify): Sexual Abuse and Assault on an A.D.A. inmate
- ☐ Disciplinary Report: ___/___/___ Date of Report ______ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if **EMERGENCY** grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

RECEIVED LAWRENCE C.C. AUG 2 9 2014 GRIEVANCE OFFICE

**Brief Summary of Grievance:** I am disable and confine to a wheel-chair. I am a member of American with disability Act (ADA) I would be very thankful if your office will report this incident to PREA officials, (Prison Rape Elimination Act) PREA. On July 7, 2014 at about 11:00 AM orange Crush, strip searched me in a demeaning manner which was very sexual humiliating. The officers was making sexual indignant comments. The officer said, "for the other officers to take me into the handicap shower and beat my ass" For reasons unknown to me, I followed all

**Relief Requested:** Report this incident to PREA officials and an investigation into this matter I would like to be compensated for this matter & the cruel & unusual punishment that I experienced. (Cont, back)

☒ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Kevin Phelps — Offender's Signature | K78191 — ID# | 7, 30, 14 — Date

**(Continue on reverse side if necessary)**

**Counselor's Response (if applicable)**

Date Received: 8 / 11 / 14 | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: All shake downs are conducted per IDOC's policy & administrative directive.

[signature] Print Counselor's Name | [signature] Counselor's Signature | 8/18/14 Date of Response

**EMERGENCY REVIEW**

Date Received: 8 / 4 / 14 | Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

[signature] Chief Administrative Officer's Signature | 8 / 4 / 14 Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

the officers orders, at no time did I refuse in the handi-cap shower I was physically assaulted by orange crush officers. The officer made numerous threats, I then ask for a nurse and Supervisor to no avail. The officer had no regard for my disability, many of the officers threats had a racial overtone. I do not know who the officers are because they had no name tags or badges on. I did recognize Warden Moore, he was present, warden moore, Never Stop what was going on).

ADDitional Relief: To be free of retaliation from the officers in the Southern District of ILLINOIS Department Of Correctional (Orange crush) To BE Transferred, To have this grievance heard at the highest level, because I fear for my Safety, Life & health, here, I also will like to speak to I.A., To make a police Report against the orange crush.

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

R5-CL-1

Offender: Phelps (Last Name) Keven (First Name) ___ (MI) K78191 (ID#)

Facility: Lawrence CC

☑ Grievance: Facility Grievance # (if applicable) ________ Dated: 10/20-13 or ☐ Correspondence: Dated: ________

Received: 11/19-13 (Date) Regarding: PC

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL 62794-9277

**Misdirected:**

☑ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL 62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on ________ (Date).

☐ No justification provided for additional consideration.

Other (specify): PC is not available at your facility level Contact your Counselor or internal affairs

Completed by: Billie W. Greer (Print Name) Billie W. Greer (Signature) 12/9/13 (Date)

Distribution: Offender
Inmate Issues

Printed on Recycled Paper

DOC 0070 (Rev.4/2013)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

R2 CL 27

| Date: [illegible] | Offender: (Please Print) [illegible] | ID#: [illegible] |
|---|---|---|
| Present Facility: [illegible] | Facility where grievance issue occurred: [illegible] | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☑ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify): [illegible] custody
- ☐ Disciplinary Report: ___/___/___ Date of Report ______ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if **EMERGENCY** grievance.
**Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):** I am asking for the opportunity to be placed into protective custody by Lawrence C.C. I have put in several requests to be put in protective custody. I was previously assaulted [illegible] in the cell with me. I am not trying to be assaulted again by no one. I am a paraplegic that is confined to a wheelchair. I told the C/O that I have several enemies here, one of the persons who was with the guy who shot me and put me in a wheelchair is also here, my roommate is also trying to kill me. I [illegible] to live in fear of my life. When I spoke to the C/O about these issues they said it ain't nothing they can do about it, to file a grievance.

**Relief Requested:** To be placed into protective custody, to speak with someone other than the counselor or c/o here and to be compensated if I am attack or assaulted by anyone because of being placed into protective custody by Lawrence C.C.

☑ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[illegible] — Offender's Signature | [illegible] — ID# | [illegible] — Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 6/10/14 ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Protective Custody is not available at LCC. PC is an Administrative decision. Sincerely Yours

NOV [illegible]

Downer — Print Counselor's Name | [signature] — Counselor's Signature | 6/30/14 — Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___ Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

______ Chief Administrative Officer's Signature ___/___/___ Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

[illegible] I also wrote several [illegible] to the [illegible] the [illegible] told me [illegible] [illegible] I don't [illegible] [illegible] to protect [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] being [illegible] in fear of my life here [illegible] I am [illegible] [illegible] at the [illegible] [illegible] I am [illegible] I [illegible] [illegible] to Concentrate, because I am [illegible] for here. Can you please write me or my family back letting me know [illegible] got this Grievance! Thank you very much for your time [illegible] [illegible] Situations at hand, I look forward to hearing from you soon.

C.C. my family

C.C. U.S. Department of Justice

C.C. ATTORNEY: James Harrison

C.C. Senator Dick Durbin

Printed on Recycled Paper