# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN PHELPS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14-cv-891-SCW |
| | ) |
| JIMMY PHILLIPS, WARDEN GAETZ | ) |
| and SALVADOR GODINEZ, | ) |
| | ) |
| Defendants. | |

## JUDGMENT IN A CIVIL CASE

**WILLIAMS, Magistrate Judge:**

Defendant Warden Gaetz was dismissed without prejudice on September 10, 2014 by an Order entered by Judge J Phil Gilbert (Doc. 10).

Defendants Jimmy Phillips and Salvador Godinez were dismissed with prejudice on March 28, 2018 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 94).

Therefore, judgment is entered in favor of Defendants Jimmy Phillips and Salvador Godinez and against Plaintiff Kevin Phelps.

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he

has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED: March 28, 2018**

**Justine Flanagan, Acting Clerk**
By: *Angie Vehlewald*
**Deputy Clerk**


**Approved by:**   */s/ Stephen C. Williams*
**STEPHEN C. WILLIAMS**
**United States Magistrate Judge**